TRENTON AVIATION, INC. v. FRANK GERARD, DIRECTOR, DIVISION OF AERONAUTICS OF THE DEPARTMENT OF TRANSPORTATION OF THE STATE OF NEW JERSEY, *ET AL.*

May 4, 1971. Petition for certification denied. (See 113 *N. J. Super.* 253).

STATE OF NEW JERSEY v. EDWARD WARE, *ET AL.*

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS G. RUSSOMANNO, JR.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST R. PACE.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BOOKER

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES ODOM.

May 4, 1971. Petition for certification denied.